**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7680

MATTHEW P. MORRIS,

     Petitioner - Appellant,

   v.

UNITED STATES OF AMERICA,

     Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Irene C. Berger, District Judge.  (5:10-cv-00828)

Submitted:  February 20, 2014   Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew P. Morris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew P. Morris appeals the district court's order adopting in part the recommendation of the magistrate judge and denying relief on his action asserting claims pertaining to a detainer lodged against him by the state of Florida. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Morris v. United States, No. 5:10-cv-00828 (S.D. W. Va. Sept. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2